

RECEIVED
MAY 07 2013
BY MAIL

THE MOORISH NATIONAL REPUBLIC
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*
St Louis Territory, Missouri Republic
**Certified Doc. # 7011 2970 0004 4511 7607**

In The
United States Supreme Court
For Missouri Republic

Kusu ra Kush Bey, In Propria Persona Sui Heredes,
Moorish American National Aboriginal Indigenous
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by
Fraudulent ALL CAPITAL LETTERS: CHESTER WILSON
In Care Of 3928 Minnesota Avenue
Saint Louis Territory, Missouri Republic [63118]
Non-Resident
           **Plaintiff/Petitioner**

v.

FEDERAL BUREAU OF INVESTIGATION – St. Louis Division
SPECIAL AGENT DAVID HERR
2222 Market Street
St. Louis, MO 63103
Phone: (314) 589-2500
Fax: (314) 589-2636
E-mail: stlouis@ic.fbi.gov

US DISTRICT COURT OF EASTERN MISSOURI DIVISION
CHIEF U.S. PROBATION OFFICER- DOUGLAS W. BURRIS,
111 South 10TH Street, SUITE 2.325
St. Louis, MO 63102
314-244-6700
314-244-6735(FAX)

US DISTRICT COURT OF EASTERN MISSOURI DIVISION
PSO-SHANNON MCALLISTER
111 South 10TH Street, SUITE 2.325
St. Louis, MO 63102
314-244-6700
314-244-6735(FAX)

ST. FRANCIOS COUNTY SHERIFF

DANIEL R BULLOCK, Sheriff
1550 Doubet Road, Farmington, Missouri 63640
Phone: (573) 756-3252 or 431-2777


ST. FRANCIOS COUNTY DETENTION CENTER
DENNIS W. SMITH; Jail Administrator
1550 Doubet Road, Farmington, Missouri 63640
Phone: (573) 756-3252 or 431-2777


ST. LOUIS POST DISPATCH NEWSPAPER
EDITOR IN CHIEF
GILBERT BAILON
St. Louis Post-Dispatch
900 North Tucker Blvd.
St. Louis, MO 63101
314-340-8000
gbailon@post-dispatch.com


ST. LOUIS POST DISPATCH NEWSPAPER
FEDERAL COURTS REPORTER
ROBERT PATRICK
St. Louis Post-Dispatch
900 North Tucker Blvd.
St. Louis, MO 63101
314-340-8000
RPatrick@post-dispatch.com


ST. LOUIS EVENING WHIRL
BARRY THOMAS, Publisher
PO Box 8055
St. Louis, MO 63156-8055
(678) 778-2616
    **Defendant(s)/Respondent(s)**


## COMPLAINT

!!!!!!Notice of Treason, Kidnapping, Violation of Human Rights – De-Nationalization, Deprivation of Rights!!!!!
**Aboriginal Indigenous Moorish National**



Kusu ra Kush Bey

## Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the Defendant(s) to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

*--Res Judicata--*

***Federal Rules of Criminal Procedure* Rule 4: Arrest Warrant or Summons on a Complaint:** (*b*) **Form.** (1) **Warrant.** A warrant *must*: (*D*) be signed by a **judge.**

***The Fourth Amendment* of the United States Constitution;** "and no warrants shall issue, but upon probable cause, **supported by oath or affirmation**, and particularly describing the place to be searched, and the persons or things to be seized.

> *"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **Miranda v. Arizona 384 US 436, 125:"**

> *"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
> **Stuck v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

**In Accordance with the articles of the UN Declaration on the Rights of Indigenous People the Respondent(s)/Defendant(s) Have ALREADY Violated the following International Laws:**

### Right to Full Enjoyment of Human Rights
**Article 1**
Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of human rights and fundamental freedoms as recognized in the Charter of United Nations, the Universal Declaration of Human Rights and international human rights law.

### Freedom from Discrimination
**Article 2**
Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights in particular that based on their indigenous origin or identity.

### Right to Self-Determination
**Article 3**
Indigenous people have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social, and cultural development.

### Right to Self-Government
**Article 4**

Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

### Right to a Nationality
**Article 6**
Every indigenous individual has the right to a nationality.

### Right to Life, Physical, and Mental Integrity, Liberty and Security of Person
**Article 7**
1. Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.

2. Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any act of violence, including forcibly removing children of the group to another group.

### Right to Culture
**Article 8**
1. Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

2. States shall provide effective mechanisms for prevention of, and redress for:

    (a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;
    (b) Any action which has the aim or effect of dispossessing them of their lands, territories or resources;
    (c) Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;
    (d) Any form of forced assimilation or integration;
    (e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

### Right to Belong to a Nation
**Article 9**
Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No discrimination of any kind may arise from the exercise of this right.

### Right to Indigenous Territorial Settlement and Freedom from Relocation
**Article 10**
Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

### Right to Protection in Media and News
**Article 15**

1. Indigenous peoples have the right to dignity and diversity of their cultures, traditions, histories and aspirations which shall be appropriately reflected in education and public information.

2. States shall take effective measures, in consultation and cooperation with the indigenous peoples concerned, to combat prejudice and eliminate discrimination and to promote tolerance, understanding and good relations among indigenous peoples and all other segments of society.

### Right to Access of All Forms of Non-Indigenous Media
**Article 16**
1. Indigenous peoples have the right to establish their own media in their own languages and to have access to all forms of non-indigenous media without discrimination.

2. State shall take effective measures to ensure that State-owned media duly reflect indigenous cultural diversity. States, without prejudice to ensuring full freedom of expression, should encourage privately owned media to adequately reflect indigenous cultural diversity.

### Right to Consul and Self-Presentation
**Article 18**
Indigenous people have the right to participate in decision-making in matter which would affect their rights, through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions.

### Right to Recognition of Indigenous Customs
**Article 27**
States shall establish and implement, in conjunction with indigenous peoples concerned, a fair, independent, impartial, open and transparent process, giving due recognition to indigenous peoples' laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources, including those which were traditionally owned or otherwise occupied or used. Indigenous peoples shall have the right to participate in this process.

### Right to Repossession of Land or Restitution
**Article 28**
1. Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied, used or damaged without their free, prior and informed consent,

2. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal or of monetary compensation or other appropriate redress.

### Right to Freedom from State Military Action
**Article 30**
1. Military activities shall not take place in the lands or territories of indigenous peoples, unless justified by a relevant public interest or otherwise freely agreed with or requested by the indigenous peoples concerned.

2. States shall undertake effective consultations with the indigenous peoples concerned, through appropriate procedures and in particular through their representative institutions, prior to using their lands or territories for military activities.

### Right to Determine Own Identity
**Article 33**
1. Indigenous peoples have the right to determine their own identity or membership in accordance with customs and traditions. This does not impair the right of the indigenous individuals to obtain citizenship of the States in which the live.

2. Indigenous peoples have the right to determine the structures and to select the membership of their institutions in accordance with their own procedures.

### Right to Observance and Recognition
**Article 37**
1. Indigenous peoples have the right to recognition, observance and enforcement of treaties, agreement and other constructive arrangements of treaties, agreements and other constructive arrangements concluded with States or their successors and to have States honour and respect such treaties, agreements and other constructive arrangements.

2. Nothing in this Declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements.

### Right to aid of the State in Recognition
**Article 38**
States, in consultation and cooperation with indigenous peoples, shall take the appropriate measures, including legislative measure, to achieve the ends of this Declaration.

### Right to Financial and Technical Assistance
**Article 39**
Indigenous peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration.

### Right to Prompt Remedy
**Article 40**
Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with the States or other parties, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

**Article 42**
The United Nations, its bodies, including the Permanent Forums on Indigenous Issues, and specialized agencies, including at the country level, and States shall promote respect for and full application of the provisions of this Declaration and follow up the effectiveness of this Declaration.

**In Accordance with the articles of <u>The Declaration of Human Rights (1948)</u> the Respondent(s)/Defendant(s) Have ALREADY Violated the following International Laws:**

### Corporate Wardship Affiliation
**Article 4**
No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

### Torture and Cruel Punishment
**Article 5**
No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

### Freedom from Arrest and Detention
**Article 9**
No one shall be subjected to arbitrary arrest, detention or exile.

### Right to Effective Remedy
**Article 8**
Everyone has a right to an effective remedy by the competent national tribunals for acts violating the fundament rights granted him by the constitution or by law.

### De-Nationalization
**Article 15**
1. Everyone has the right to a nationality.
2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

### Deprivation of Property
**Article 17**
1. Everyone has the right to own property alone as well as in association with others.
2. No one shall be arbitrarily deprived of his property.

### Failure to Comprehend and Enforce International Law
**Article 30**
Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.

**In Accordance with Articles 1-6 in the <u>Convention on the Prevention and Punishment of the Crime of Genocide</u> adopted by Resolution 260 (III) A of the United Nations General Assembly on 9 December 1948, the State (USA) must under international law undertake to prevent and to punish all acts of Genocide;**

**Article 1**
The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article 2**

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

    (a) Killing members of the group;
    (b) Causing serious bodily or mental harm to members of the group;
    (c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
    (d) Imposing measures intended to prevent births within the group;
    (e) Forcibly transferring children of the group to another group.

### Article 3
The following acts shall be punishable:
    (a) Genocide
    (b) Conspiracy to commit genocide;
    (c) Direct and public incitement to commit genocide;
    (d) Attempt to commit genocide;
    (e) Complicity in genocide.

### Article 4
Persons committing genocide or any of the other acts enumerated in Article 3 shall be punished whether they are constitutionally responsible rulers, public officials or private individuals.

### Article 5
The Contracting Parties undertake to enact, in accordance with their respective Constitutions, the necessary legislation to give effect to the provisions of the present Convention and, in particular, to provide effective penalties for persons guilty of genocide or any of the other acts enumerated in Article 3.

### Article 6
Persons charged with genocide or any of the other acts enumerated in Article 3 shall be tried by a competent tribunal of the State in the territory of which the act was committed, or by such international penal tribunal as may have jurisdiction with respect to those Contracting Parties which shall have accepted its jurisdiction.

**Venue**

**UNITED STATES SUPREME COURT OF
MISSOURI REPUBLIC**

**Plaintiff**

I, Kusu ra Kush Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate / North America. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the

Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm **or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

### THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
**Between Morocco and the United States**

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants

FEDERAL BUREAU OF INVESTIGATION – St. Louis Division
SPECIAL AGENT DAVID HERR
2222 Market Street
St. Louis, MO 63103
Phone: (314) 589-2500
Fax: (314) 589-2636
E-mail: stlouis@ic.fbi.gov

US DISTRICT COURT OF EASTERN MISSOURI DIVISION
CHIEF U.S. PROBATION OFFICER- DOUGLAS W. BURRIS,
111 South 10TH Street, SUITE 2.325
St. Louis, MO 63102
314-244-6700
314-244-6735(FAX)

US DISTRICT COURT OF EASTERN MISSOURI DIVISION
PSO-SHANNON MCALLISTER
111 South 10TH Street, SUITE 2.325
St. Louis, MO 63102
314-244-6700
314-244-6735(FAX)

ST. FRANCIOS COUNTY SHERIFF
DANIEL R BULLOCK, Sheriff
1550 Doubet Road, Farmington, Missouri 63640

Phone: (573) 756-3252 or 431-2777
bullod@sfcsd.org

ST. FRANCIOS COUNTY DETENTION CENTER
DENNIS W. SMITH; Jail Administrator
1550 Doubet Road, Farmington, Missouri  63640
Phone: (573) 756-3252 or 431-2777
detention@sfcsd.org

ST. LOUIS POST DISPATCH NEWSPAPER
EDITOR IN CHIEF
GILBERT BAILON
St. Louis Post-Dispatch
900 North Tucker Blvd.
St. Louis, MO 63101
314-340-8000
gbailon@post-dispatch.com

ST. LOUIS POST DISPATCH NEWSPAPER
FEDERAL COURTS REPORTER
ROBERT PATRICK
St. Louis Post-Dispatch
900 North Tucker Blvd.
St. Louis, MO 63101
314-340-8000
RPatrick@post-dispatch.com

ST. LOUIS EVENING WHIRL
BARRY THOMAS, Publisher
PO Box 8055
St. Louis, MO 63156-8055
(678) 778-2616

### Facts

In support of this petition I state for the record:

**1.** I, the living breath Aboriginal Indigenous Moor Kusu ra Kush Bey was kidnapped on the 23rd day of April the year of 1433 M.C.= 2013 CCY by *Unknown* parties wearing attire bearing the all cap word **POLICE**. No names were visible on their clothing, nor were identities received from the arresting agents although this information was requested earnestly. The *unidentified* agents proceeded to perform an illegal search of my place of slumber and seized his personal property, 2 (two) Nationality Identification Cards. (***Violation of Article 17 – Universal Declaration of Human Rights***) All males were handcuffed and gathered in one room with the women and children who were present. (Moorish National Olajuwon A. O. R. L. X. Ali)

**2.** Due to the <u>search</u> and <u>seizure</u> of items a <u>search warrant</u> was requested by my wife Aniyah Amillion Kush Bey, <u>NO search warrant was received</u>. An <u>Arrest Warrant</u> was demanded by Aniyah Amillion Kush Bey and produced by the *unidentified* parties, however the document was given *after* my rights had been infringed upon. The Arrest Warrant was dated April 16, 2013. Also the arrest warrant <u>failed to bear a signature or authorization by an Article III Judge</u>. In fact no issuer's name was present on the Arrest Warrant, however a <u>Special FBI Agent David Herr's name</u> was located on the back of the Warrant in the "Investigative agency and address" section. **(exhibit 4 & 5)**

**3.** Enforcements relocated me from my Indigenous territory and after an unidentified amount of hours I was transferred to transported me (***Violation of Article 10 – UN Declaration on the Rights of Indigenous Peoples***) to the *US Marshall* Federal holding center the *St. Francois County Detention Center 1550 Doubet Road, Farmington, Missouri 63640* where <u>I was forced to contract</u> under the *fraudulent* corporate name CHESTER WILSON, which does not exist privately nor publicly. (***Violation of Article 6, 7, and 8 of UN Declaration on the Rights of Indigenous Peoples***) I was forced to take a photograph and attach that image of my likeness to a plastic ID card and wear a wrist band that identified me as CHESTER WILSON. **(exhibit 1, 2)**

**4.** Let it be noted for the record, on the record and let the record show I, Kusu ra Kush Bey published my Identification, Nationality Declaration, National Indigenous Status, and Name Correction with the ST. LOUIS COUNTY, MO RECORDER OF DEEDS Janice M. Hammonds on the 18th day of April 2013 at 12:45pm. It is truly recorded in the book and at the page number (**2013041800483*). **(exhibit 3)**

**5.** A copy of the recording was delivered and filed with UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI Clerk of Court James G. Woodward (Thomas F. Eagleton Courthouse 111 South 10th Street, Suite 3.300 St. Louis, MO 63102) as an exhibit of evidence and proof of the Claim. **(exhibit 6)** This was done on the 26th day of April 2013. Although the evidence was submitted to the MISSOURI EASTERN DIVISION DISTRICT COURT <u>United States Chief Magistrate, Thomas C. Mummert, III and United States Magistrate Judge Nannette A. Baker</u> failed to acknowledge and recognize me as an Aboriginal Indigenous American Moor in Full Life (*Propria Persona*) and proceeded to adjudicate me.

**6.** Let it be noted that on the 25th day of April 2013 a bond (ransom) of $10,000.00 was demanded by the MISSOURI EASTERN DIVISION DISTRICT COURT charged against the fictitious title CHESTER WILSON with the option of a $1,000.00 (%10) payment for release. The $1,000 ransom (bond) was paid in cash (Federal Reserve notes) and the Affidavit of Ownership **(exhibit 7)** shows that the <u>ransom was performed under T.D.C.</u> on behalf of Kusu ra Kush Bey, false relatione: CHESTER WILSON, but that memo was removed without the consent of the "Owner of Cash Security/Payer Name". Therefore, I was consistently and <u>unlawfully adjudicated under the corporate title CHESTER WILSON.</u> *(Violation of Article 15 of the Declaration of Human Rights)* I was released on bond with rules, restrictions, and threats of re-arrest on the 29th day of April 2013.

**7.** For the record the name CHESTER WILSON is **not** the name of the corporate person/nomen that is associated with and assigned to social security number: SSN # 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. In fact, the account SSN # 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 is more specifically the Corporate Person CHESTER C. WILSON (CHESTER "CROVOTIS" WILSON) **(exhibit 8).** So the use of CHESTER WILSON by the Defendant(s) is an act of conspiracy. Also, the Defendant(s) who continued to identify me, Kusu ra Kush Bey, previously known as Chester C W Bey, ex relatione; CHESTER

CROVOSTIS WILSON, as the name CHESTER WILSON are guilty of deprivation of the following; Right to Self-Determination (**Article 3 –** *UN Declaration on the Rights of Indigenous Peoples*), Right to Determine Identity (**Article 33** – *UN Declaration on the Rights of Indigenous Peoples),* and most importantly my Right to a Nationality (**Article 6** – *UN Declaration on the Rights of Indigenous Peoples).*

8. For the record on the 3rd day of August 2012 at 11:02am a Common Law Copyright Notice **(exhibit 9)** was recorded with the ST. LOUIS COUNTY RECORDER OF DEEDS Janice M. Hammonds and this Common Law Copyright Notice protects the use of CHESTER C WILSON and holds a penalty of $1,000,000 (one million) American dollars each occurrence per person/corporation/organization per use of any and all derivatives of, and variations in spelling of, CHESTER CROVOTIS WILSON. Therefore the article published by ST. LOUIS POST DISPATCH newspaper, titled "21 are indicted in thefts of vehicle" written by Robert Patrick, Federal Courts Reporter **(exhibit 10)** bearing the name CHESTER WILSON as well as the newspaper company THE ST. LOUIS EVENING WHIRL, vol. 75, No.22, in article "Feds Come Down Hard On 2 Outlaw Gangs; Murders Go Away; Auto Thieves Sacked" bearing CHESTER WILSON and an image, of the likeness, of Kusu ra Kush Bey on the front page (Monday, April 29-May 6, 2013) **(exhibit 11)** is an infringement against the recorded Common Law Copyright Notice **(exhibit 9)** as well as an infringement on the International Human Rights and Indigenous Rights listed.

## RELIEF

**I am requesting that the State (United States District Court – Missouri Republic) demand of ALL involved parties / Defendant(s) to Fulfill the Following Demands and enforce them by Judgment and by Documented Notice/Bill of Exchange. In good faith, may the following be Fulfilled(s):**

1. I, Kusu ra Kush Bey, demand, as is my Constitutional / Treaty (1787) secured rights, a copy of the 'Certified Delegation of Authority,' 'Oath of Office', Oath of Ethics, and Bond Number(s) for ALL state/government officials, employees, Judges, prosecutors, agents, clerks, police, and anyone who has touched or is in anyway involved with this case.

2. I, Kusu ra Kush Bey, also demand the immediate Dismissal of all tickets/warrants/bills/contracts and charges (US District Court Eastern Missouri Division case # 4:13CR-143-SnLJ-NAB-14) against Him under the fraudulent, **ALL CAP WARDSHIP NAME: [CHESTER WILSON]**, as well as a Public Apology from ALL involved parties aired Locally, Nationally and Internationally on ALL major local "non-indigenous" networks *(Right to Access of Non-Indigenous Media Without Discrimination - In accordance with Article 15 and Article 16 of the Declaration on the Rights of Indigenous Peoples)* as headline news and published in THE WHIRL NEWSPAPER, ST. LOUIS POST DISPATCH, and **ALL** major newspapers and political magazines upon the settlement of this matter.

3. I, Kusu ra Kush Bey, demand as remedy and redress, that all preventive measures to combat any further infringements be in effect. Including a Public Notice & Record recognizing me and the Indigenous Moors of the Saint Louis Territory as "Masters" by all involved parties.

4. I ledger the following violations with compensatory damages in the amount **$75,000** dollars and punitive damages in the amount of **$75,000** dollars payable in lawful money per **Article 1 Section 10** of the **United States of America Constitution (1776)** "…gold and silver Coin a Tender in Payment of Debts;…," the **1792 Coinage Act,** *or equal value in land, property, and resources* per charge, per person/People in their personal and private capacity,

*Treason*
*Human Trafficking*
*Fraud*
*Color of Law*
*Racketeering*
*Extortion*
*Kidnapping*
*Genocide*
*Theft and Violation of Personalities*
*Conspiracy*
*Impersonating a Government Officer*
*Slavery*
*Deprivation of Property*
*Defamation of Character*
*Breech of International Covenant of Peace*
*Breech of the Treaty of Peace and Friendship (1787)*

5. I, Kusu ra Kush Bey, Demand the Defendant(s) be charged, fined, and punished according to wit:

**UNITED STATES CODE TITLE 18 -** CRIMES AND CRIMINAL PROCEDURE
**PART I -** CRIMES **CHAPTER 13 -** CIVIL RIGHTS

### § 241. Conspiracy against rights
If two or more persons conspire to *injure, oppress, threaten*, or intimidate any inhabitant of any State, Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.

### § 242. Deprivation of rights under color of law
Whoever, under *color of any law, statute, ordinance, regulation, or custom*, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if bodily injury results shall be fined under this title or imprisoned not more than ten years, or both; and if death results shall be subject to imprisonment for any term of years or for life.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I, Kusu ra Kush Bey A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Complaint and Claim, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs, and Beliefs; being actual, correct, not misleading, etc; and being the Truth, the whole Truth, and nothing but Truth. In the name of ALLAH (ALL-LAW), I humbly demand all requests be made in full and rights to redress honored.



Thank You,

I Am: _____
Kusu ra Kush Bey, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved: U.C.C. 1-207/ 1-308;
U.C.C. 1-103
c/o 3928 Minnesota St.
St. Louis Territory, Missouri Republic
[63118]
Northwest Amexem

Witness: _____
Aboriginal Moor Natural Person All Rights Reserved & Retained

Witness: Aniyah Amillion Kush Bey
Aboriginal Moor Natural Person All Rights Reserved & Retained

Cc:  United States Justice Department
     United States Attorney General
     Eric H. Holder

     State of Missouri Attorney General
     Chris Koster
     Missouri Attorney General's Office
     Supreme Court Building
     207 W. High St.
     P.O. Box 899
     Jefferson City, MO 65102

     State of Missouri Secretary of State
     Jason Kander
     600 West Main Street
     Jefferson City, MO 65101

     International Court of Justice
     Peace Palace
     Carnegieplein 2
     2517 KJ The Hague
     The Netherlands